## VAWTER vs. GILL ET AL.

APPEAL FROM THE COURT OF THE SIXTH JUDICIAL DISTRICT FOR THE PARISH OF RAPIDES, THE JUDGE OF THE DISTRICT PRESIDING.

Judgment affirmed with five per cent. damages, as it carried five per cent. interest.

This is an action against the maker and endorser of a promissory note for eight hundred and sixty-four dollars, drawn by William H. Gill, and endorsed by the other two defendants in blank. The plaintiff is the holder, and prays judgment for the amount of the note *in solido*, against all the defendants.

The defendants pleaded that the note was given for the price of a negro man, named Bob, sold to Gill, who was so afflicted with redhibitory diseases, studiously concealed from the purchaser, that he is wholly useless, and the consideration of the note has failed so far as greatly to impair the value of the slave. They pray that the suit be dismissed.

There does not appear to be any evidence in the record, on which the case was tried.

There was judgment against the defendants, for the amount of the note sued on, and they appealed.

*Winn*, for the plaintiff, prayed the affirmance of the judgment, with ten per cent. damages, as for a frivolous appeal.

*Barry* and *Bryce, contra.*

*Carleton, J.*, delivered the opinion of the court.

WESTERN DIST.    This case is not distinguishable in principle from that of
Oct. 1838.    *Gibson* vs. *Gill*, in which the decree of the court has just
                 been pronounced.

REYNOLD'S
CURATOR
vs.
MAHLE.           It is, therefore, ordered, adjudged and decreed, that the
Judgment affir-  judgment of the District Court, be affirmed, with five per
med with five
per cent. dama-  centum damages on the amount of the judgment, with
ges, as it carried  costs.
five per cent. in-
terest.